## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE:<br>    **Francis S. Peters and**<br>    **Mary F. Peters**<br>           **Debtors** | )<br>)<br>)<br>)<br>)<br>) | **CHAPTER 13**<br><br>**CASE NO. 11-20038-WCH** |

### NOTICE OF APPEARANCE

I, Andrew Lemelman, hereby enter an appearance on behalf of Seamen's Bank under Fed. R. Bankr. P. 9010 in the above-referenced case and request copies be sent to the undersigned of all pleadings, documents and otherwise filed in this case.

ANDREW LEMELMAN, ESQUIRE
Lemelman & Associates
77 Franklin Street, 6th Floor
Boston, MA 02110
617-723-2525
fax 617-723-3163
alemelman@comcast.net

December 6, 2011

DEC07'11 PM 1:10 USB

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | **CHAPTER 13** |
| **IN RE:** | ) | |
| Francis S. Peters and | ) | |
| Mary F. Peters | ) | **CASE NO.  11-20038-WCH** |
| Debtors | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I, Andrew Lemelman, hereby certify that a true copy of the Notice of Appearance was served on December 7, 2011 by first-class mail, postage prepaid on the parties on the attached list.

ANDREW LEMELMAN, ESQUIRE

DEC07'11 PM 1:10 USO

## Service List

John Fitzgerald
U.S. Trustee
Department of Justice
5 Post Office Square, Suite 1000
Boston, MA 02109

Carolyn Bankowski
Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114

Peter Daigle, Esq.
Attorney for Debtors
1550 Falmouth Road
Suite 10
Centerville, MA 02632

DEC07'11 PM 1:11 USB